# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Elizabeth Banse, on behalf of herself and all other similarly situated persons, <br> v. <br> AVENT AMERICA, Inc. on behalf of itself and on behalf of a Defendant Class of producers, manufacturers, and/or | FILED: MAY 6, 2008 <br> 08CV2604  TG <br> JUDGE COAR <br> MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elizabeth Banse, on behalf of herself and all other similarly situated persons

| NAME (Type or print) |
|---|
| Norman Rifkind |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Norman Rifkind |

| FIRM |
|---|
| Lasky & Rikfind, Ltd. |

| STREET ADDRESS |
|---|
| 350 N. LaSalle Street, Suite 1320 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191038 | 312-634-0057 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐