# FILED

MAY 2 2 2008
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 2604
Judge Coar

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In Re Bisphenol-A Tainted Polycarbonate Plastic Litigation          MDL Docket No. _____

_____/

## MOTION OF PLAINTIFFS ELIZABETH BANSE, SHARON HATTER
## AND DALE L. RAGGIO, JR.'S FOR TRANSFER AND CONSOLIDATION
## OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS

Plaintiffs, Elizabeth Banse, Sharon Hatter and Dale L. Raggio, Jr., ("Movants"),[1] by their

undersigned counsel, respectfully move this Panel, pursuant to 28 U.S.C. §1407, for transfer and

consolidation for pretrial purposes thirteen substantially similar nationwide class action cases

relating to defendants' production, manufacture and/or distribution of polycarbonate plastic

bottle products, including baby bottles and baby accessories, containing the industrial chemical

Bisphenol-A ("BPA") that have been purchased by Movants and other members of the Class

and, in support thereof, Movants respectfully submit this Motion and the attached

_____

[1] This motion is filed on behalf of plaintiffs in *Banse v. Avent America, Inc.*, 08-CV-2604 TG (N.D. Ill.), *Hatter v. New Wave Enviro. Prods.*, 08-CV-3154 JCE (W.D. Mo.), and *Raggio v. Gerber Prods. Co.*, 08-CV-0403 JLH (W.D. Ark).

Memorandum, pursuant to 28 U.S.C. §1407 ("Section 1407") and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and state the following:

1.  Plaintiffs seek transfer and consolidation of thirteen class action lawsuits, pending in seven separate federal districts, to the Northern District of Illinois.

2.  The cases at issue satisfy the prerequisites for transfer and consolidation since: (a) they "involv[e] one or more common questions of fact"; (b) the transfer and consolidation of the cases would further "the convenience of the parties and the witnesses,"; and (c) the transfer and consolidation will "promote the just and efficient conduct of [the] actions" by ensuring oversight of pretrial proceedings. 28 U.S.C. § 1407.

3.  The Panel has recognized the Northern District of Illinois, a frequent transferee forum, as a geographically convenient transferee forum with the ability, the resources and the judicial expertise necessary to manage complex multidistrict litigation.

4.  The Hon. David H. Coar, U.S. District Judge for the Northern District of Illinois, currently presides over *Banse v. Avent America, Inc.,* 08-CV-2604 (N.D. Ill.), filed by one of the above-referenced parties. As the Panel has previously recognized, Judge Coar has considerable relevant experience as he currently presides over three other multidistrict actions.

Movants therefore respectfully request that the Judicial Panel on Multidistrict Litigation

(the "Panel") enter an Order transferring all related actions to the court of Hon. David H. Coar in

the Northern District of Illinois for consolidated pretrial proceedings pursuant to Section 1407.


DATED:      May 16, 2008                    Respectfully Submitted,


                                            ___/s/ Edith M. Kallas_____
                                            Edith M. Kallas
                                            Joe R. Whatley
                                            Dominique Day
                                            **WHATLEY DRAKE & KALLAS, LLC**
                                            1540 Broadway, 37th Floor
                                            New York, New York  10036
                                            Phone: (212) 447-7070
                                            Fax:  (212) 447-7077
                                            *ekallas@wdklaw.com*
                                            *jwhatley@wdklaw.com*
                                            *dday@wdklaw.com*

                                            John G. Emerson
                                            Scott E. Poynter
                                            **EMERSON POYNTER LLP**
                                            The Museum Center
                                            500 President Clinton Ave, Suite 305
                                            Little Rock, AR 72201
                                            Phone:  (501) 907-2555
                                            Fax:  (501) 907-2556
                                            *jemerson@emersonpoynter.com*
                                            *scott@emersonpoynter*

                                            Jack T. Patterson, II
                                            Arkansas State Bar No. 95012
                                            Jeremy Y. Hutchinson
                                            Arkansas State Bar No. 2006-145
                                            **PATTON ROBERTS, PLLC**
                                            The Stephens Building
                                            111 Center Street, Suite 1315
                                            Little Rock, AR  72201
                                            Phone:  (501) 372-3480
                                            Fax:  (501) 372-3488
                                            *jpatterson@pattonroberts.com*

*jhutchinson@pattonroberts.com*

Jim Wyly
Arkansas Bar No. 90158
**PATTON ROBERTS, PLLC**
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, Texas  75505-6128
Phone:  (903) 334-7000
Fax:  (903) 334-7007
*jwyly@pattonroberts.com*

***Counsel for Plaintiffs Elizabeth Banse, Sharon
Hatter and Dale Raggio***