

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re Bisphenol-A Tainted Polycarbonate Plastic Litigation        MDL Docket No. ____

_____/

### SCHEDULE OF ACTIONS AFFECTED BY PLAINTIFFS' MOTION FOR TRANSFER AND CENTRALIZATION OF ALL BISPHENOL-A TAINTED POLYCARBONATE PLASTIC LITIGATION TO THE NORTHERS DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407

Pursuant to Rule 7.2(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs provide the following information on the actions that will be affected by this Motion:

| Case Caption | Court | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Plaintiff:** Dale L. Raggio, Jr. **Defendant:** Gerber Products Company | Eastern District of Arkansas (Western Division- Little Rock) | 4:08-cv-00403 | May 7, 2008 | Judge J. Leon Holmes |

1

| Case Caption | Court | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Plaintiff:**<br>Naayda Lanza<br>**Defendants:**<br>Avent America, Inc.<br>Does 1-100, inclusive | Central District of California (Western Division- Los Angeles) | 2:08-cv-02960 | May 6, 2008 | Judge Audrey B. Collins |
| **Plaintiff:**<br>Paul Rasmussen<br>**Defendants:**<br>Handi-Craft Company<br>Does 1-100, inclusive | Central District of California (Western Division - Los Angeles) | 2:08-cv-02961 | May 6, 2008 | Judge A. Howard Matz |
| **Plaintiff:**<br>LeeAnne Matusek<br>**Defendants:**<br>Gerber Products Company<br>Does 1-100, inclusive | Central District of California (Western Division - Los Angeles) | 2:08-cv-02962 | May 6, 2008 | Judge Florence-Marie Cooper |
| **Plaintiff:**<br>Kim O'Neill<br>**Defendant:**<br>Evenflo Company, Inc<br>Does 1-100, inclusive | Central District of California (Western Division - Los Angeles) | 2:08-cv-02963 | May 6, 2008 | Judge Dean D. Pregerson |

| Case Caption | Court | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Plaintiff:** Lani Felix-Lozano **Defendant:** Nalge Nunc International Corporation | Eastern District of California (Sacramento) | 2:08-cv-00854 | April 22, 2008 | Judge John A. Mendez |
| **Plaintiff:** Judith Thompson-Foster **Defendants:** Gerber Products Company Playtex Products, Inc. | Eastern District of California (Sacramento) | 2:08-at-00506 | May 13, 2008 | |
| **Plaintiff:** Elizabeth Banse **Defendant:** Avent America, Inc. | Northern District of Illinois (Eastern Division-Chicago) | 1:08-cv-02604 | May 6, 2008 | Judge David H. Coar |
| **Plaintiffs:** Zachary Wilson Carissa Wilson Chris Mathia Michelle Mathia Aisha Waiters Michael C. Liem Michelle L. Liem **Defendants:** Avent America, Inc. Handicraft Company d/b/a Dr. Brown's Evenflo Company, Inc. Gerber Novartis AG Playtex Products, Inc. | District of Kansas (Kansas City) | 2:08-cv-02201 | May 1, 2008 | Judge Kathryn H. Vratil |

3

| Case Caption | Court | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Plaintiffs:**<br>Maria Sullivan<br>Katherine Capita<br>Daniel Capita<br>Jennifer Moellering<br>Rick Moellering<br>**Defendants:**<br>Avent America, Inc.<br>Handi-craft Company<br>Evenflo Company, Inc.<br>Gerber Products Company<br>Playtex Products, Inc. | Western District of Missouri (Western Division-Springfield) | 4:08-cv-00309 | April 30, 2008 | Judge Richard E. Dorr |
| **Plaintiff:**<br>Sharon Hatter<br>**Defendant:**<br>New Wave Enviro Products | Western District of Missouri (Western Division-Springfield) | 6:08-cv-03154 | April 30, 2008 | Judge Ortrie D. Smith |
| **Plaintiffs:**<br>Sarah Jaynes<br>Diane Stoebe<br>Brynnen Ford<br>**Defendants:**<br>Avent America, Inc.<br>Philips Electronics North America Corporation<br>Evenflo Company, Inc.<br>Gerber Products Company<br>Playtex Products, Inc.<br>RC2 | Western District of Washington (Seattle) | 2:08-cv-00693 | May 2, 2008 | Judge Marsha J. Pechman |

| Case Caption | Court | Civil Action Number | Date Filed | Judge |
|---|---|---|---|---|
| **Plaintiffs:**<br>Chloe Gale<br>Ruth Levine<br>Kathleen Gillespie<br>Adam Ruben<br>Sarah Dijulio<br>**Defendants:**<br>RC2<br>Avent America, Inc.<br>Philips Electronics North America Corporation<br>Evenflo Company, Inc.<br>Gerber Products Company<br>Playtex Products, Inc. | Western District of Washington (Seattle) | 2:08-cv-00702 | May 5, 2008 | Judge John C Coughenour |

A courtesy copy of each pending complaint is attached hereto.

DATED:    May 16, 2008                Respectfully Submitted,

                                                  /s/ Edith M. Kallas
                                                   Edith M. Kallas
Joe R. Whatley
Dominique Day
**WHATLEY DRAKE & KALLAS, LLC**
1540 Broadway, 37th Floor
New York, New York 10036
Phone: (212) 447-7070
Fax: (212) 447-7077
*ekallas@wdklaw.com*
*jwhatley@wdklaw.com*
*dday@wdklaw.com*

John G. Emerson

        Scott E. Poynter
        **EMERSON POYNTER LLP**
        The Museum Center
        500 President Clinton Ave, Suite 305
        Little Rock, AR 72201
        Phone: (501) 907-2555
        Fax: (501) 907-2556
        *jemerson@emersonpoynter.com*
        *scott@emersonpoynter*

        Jack T. Patterson, II
        Arkansas State Bar No. 95012
        Jeremy Y. Hutchinson
        Arkansas State Bar No. 2006-145
        **PATTON ROBERTS, PLLC**
        The Stephens Building
        111 Center Street, Suite 1315
        Little Rock, AR 72201
        Phone: (501) 372-3480
        Fax: (501) 372-3488
        *jpatterson@pattonroberts.com*
        *jhutchinson@pattonroberts.com*

        Jim Wyly
        Arkansas Bar No. 90158
        **PATTON ROBERTS, PLLC**
        Century Bank Plaza, Suite 400
        P.O. Box 6128
        Texarkana, Texas 75505-6128
        Phone: (903) 334-7000
        Fax: (903) 334-7007
        *jwyly@pattonroberts.com*

        ***Counsel for Plaintiffs Elizabeth Banse, Sharon Hatter and Dale Raggio***