FILED

MAY 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C 2604
Judge Coar

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In Re Bisphenol-A Tainted Polycarbonate Plastic Litigation    MDL Docket No. ____

_____/

### PLAINTIFFS' STATEMENT IN SUPPORT OF ORAL ARGUMENT

Pursuant to Rule 16.1 (b), Plaintiffs Elizabeth Banse, Sharon Hatter and Dale L. Raggio, Jr., by their undersigned counsel, respectfully state that oral argument should be heard by the Panel for the following reasons:

1. To assist the Panel's understanding of the overlap and duplication presented by the thirteen nationwide class actions filed in seven different federal districts.

2. To address any questions or issues with respect to why the Northern District of Illinois is the most appropriate forum to serve as the transferee district in these cases.

3. To address any questions or issues regarding the assignment of the transferred action to Judge David H. Coar in the Northern District of Illinois.

DATED:        May 16, 2008                              Respectfully Submitted,


        /s/ Edith M. Kallas
        Edith M. Kallas
Joe R. Whatley
Dominique Day
**WHATLEY DRAKE & KALLAS, LLC**
1540 Broadway, 37th Floor
New York, New York 10036
Phone: (212) 447-7070
Fax: (212) 447-7077
*ekallas@wdklaw.com*
*jwhatley@wdklaw.com*
*dday@wdklaw.com*

John G. Emerson
Scott E. Poynter
**EMERSON POYNTER LLP**
The Museum Center
500 President Clinton Ave, Suite 305
Little Rock, AR 72201
Phone: (501) 907-2555
Fax: (501) 907-2556
*jemerson@emersonpoynter.com*
*scott@emersonpoynter*

Jack T. Patterson, II
Arkansas State Bar No. 95012
Jeremy Y. Hutchinson
Arkansas State Bar No. 2006-145
**PATTON ROBERTS, PLLC**
The Stephens Building
111 Center Street, Suite 1315
Little Rock, AR 72201
Phone: (501) 372-3480
Fax: (501) 372-3488
*jpatterson@pattonroberts.com*
*jhutchinson@pattonroberts.com*

Jim Wyly
Arkansas Bar No. 90158
**PATTON ROBERTS, PLLC**

Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, Texas  75505-6128
Phone:  (903) 334-7000
Fax:  (903) 334-7007
*jwyly@pattonroberts.com*

**Counsel for Plaintiffs Elizabeth Banse, Sharon Hatter and Dale Raggio**