**FILED**

MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C2604
Judge Coar

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In Re Bisphenol-A Tainted Polycarbonate Plastic Litigation        MDL Docket No. ____

_____/

### PROOF OF SERVICE

I, Dominique Day, certify that on May 16, 2008, I caused copies of the Motion of Plaintiffs Elizabeth Banse, Sharon Hatter and Dale L. Raggio, Jr. ("Plaintiffs") pursuant to 28 U.S.C. § 1407 for transfer and centralization of all litigation relating to Bisphenol-A Tainted Polycarbonate Plastic in the Northern District of Illinois; Schedule of Actions Affected by the Motion to Transfer; Statement In Support of Oral Argument and Memorandum in Support of the Motion to Transfer to be served via U.S. mail, first class postage pre-paid, to the following:

Scott E. Poynter, Esq.
Christopher D. Jennings, Esq.
Gina M. Cothern, Esq.
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
*(Counsel for Plaintiffs Dale L. Raggio, Jr., Elizabeth Banse and Sharon Hatter)*

John G. Emerson, Esq.
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058-2610
*(Counsel for Plaintiffs Dale L. Raggio, Jr., Elizabeth Banse and Sharon Hatter)*

Norman Rifkind, Esq.
Leigh R. Lasky, Esq.
Amelia S. Newton, Esq.
Lasky & Rifkind, Ltd.
350 N LaSalle Street, Suite 1320
Chicago, IL 60610
*(Local Counsel for Plaintiff Elizabeth Banse)*

Brian Strange, Esq.
Gretchen Carpenter, Esq.
Strange & Carpenter
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
*(Counsel for Plaintiffs Naayda Lanza, Paul Rasmussen, LeeAnne Matusek and Kim O'Neill)*

Ronald L.M. Goldman, Esq.
A. Ilyas Akbari, Esq.
Roger D. Drake, Esq.
Baum, Hedlund, Aristei & Goldman, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
*(Counsel for Plaintiffs Naayda Lanza, Paul Rasmussen, LeeAnne Matusek and Kim O'Neill)*

Howard Rubenstein, Esq.
Attorney at Law
914 Waters Avenue, Suite 20
Aspen, CO 81611
*(Counsel for Plaintiffs Lani Felix-Lozano and Judith Thompson-Foster)*

Harold M. Hewell, Esq.
Hewell Law Firm, APC
402 West Broadway, 4th Floor
San Diego, CA 92128
(Counsel for Plaintiffs Lani Felix-Lozano and Judith Thompson-Foster)

Jeffrey A. Kennard, Esq.
Daniel L. McClain, Esq.
Scharnhorst Ast & Kennard, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(Counsel for Plaintiffs Zachary Wilson, Carissa Wilson, Chris Mathia, Michelle Mathia, Aisha Waiters, Michael C. Liem, Michelle L. Liem, Maria Sullivan, Katherine Capita, Daniel Capita, Jennifer Moellering and Rick Moellering)

Michael L. Hodges, Esq.
Hodges Law Firm, Chtd.
13420 Santa Fe Trail Drive
Lenexa, KS 66215 USA
(Counsel for Plaintiffs Zachary Wilson, Carissa Wilson, Chris Mathia, Michelle Mathia, Aisha Waiters, Michael C. Liem, Michelle L. Liem, Maria Sullivan, Katherine Capita, Daniel Capita, Jennifer Moellering and Rick Moellering)

Robert H. Weiss, Esq.
Stephen David Murakami, Esq.
Marissa C. Lau, Esq.
Law Offices of Robert H. Weiss, PLLC
50 Jericho Turnpike, Suite 201
Jericho, NY 11753
(Of Counsel for Plaintiffs Zachary Wilson, Carissa Wilson, Chris Mathia, Michelle Mathia, Aisha Waiters, Michael C. Liem, Michelle L. Liem, Maria Sullivan, Katherine Capita, Daniel Capita, Jennifer Moellering and Rick Moellering)

Timothy C. Hutchinson, Esq.
Williams & Hutchinson, LLP
5417 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
(Counsel for Plaintiff Sharon Hatter)

Knoll Lowney, Esq.
Richard A. Smith, Esq.
Bridget Baker-White, Esq.
Brian Knutsen, Esq.
Smith & Lowney, PLLC
2317 East John St.
Seattle, WA 98112

*(Counsel for Plaintiffs Sarah Jaynes, Diane Stoebe, Brynnen Ford, Chloe Gale, Ruth Levine, Kathleen Gillespie, Adam Ruben, Sarah Dijulio, Class and Subclass)*

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101
*(Counsel for Plaintiffs Sarah Jaynes, Diane Stoebe, Brynnen Ford, Chloe Gale, Ruth Levine, Kathleen Gillespie, Adam Ruben, Sarah Dijulio, Class and Subclass)*

Michael H. Steinberg, Esq.
Sullivan & Cromwell, LLP
1888 Century Park East
Los Angeles, CA 90067
*(Counsel for Defendants Avent America, Inc.)*

Rachel Jari Feldman
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
*(Counsel for Defendants Gerber Products Company)*

Clerk of the Court
United States District Court
Eastern District of Arkansas (Little Rock)
500 West Capitol Avenue
Little Rock, AR 72201

Clerk of the Court
United States District Court
Central District of California (Los Angeles)
255 East Temple Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court
Eastern District of California (Sacramento)
501 I Street, Suite. 4-200
Sacramento, CA 95814

Clerk of the Court
United States District Court
Northern District of Illinois (Chicago)
Everett McKinley Dirksen
United States Courthouse

219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
United States District Court
District of Kansas (Kansas City)
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101

Clerk of the Court
United States District Court
Western District of Missouri (Western Division- Springfield)
400 E. 9th Street, Room 1510
Kansas City, MO 64106

Clerk of the Court
United States District Court
Western District of Washington (Seattle)
U.S. Courthouse
700 Stewart Street, Lobby Level
Seattle, WA 98101


Dated:  May 16, 2008

                              Respectfully Submitted,

                              Whatley Drake & Kallas, LLC

                              By: _____

                              Dominique Day
                              1540 Broadway, 37th Floor
                              New York, NY 10036
                              (212) 447-7070