**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH BANSE, on behalf of herself and all other similarly situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-2604 |
| AVENT AMERICA, INC., on behalf of itself and on behalf of a Defendant Class of producers, manufacturers, and/or distributors of polycarbonate plastic bottle products containing the industrial chemical Bisphenol-A. | ) ) ) ) ) ) | Judge David H. Coar Magistrate Judge Denlow |
| Defendants. | ) | |

**AGREED MOTION FOR AN EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Avent America, Inc. ("Defendant"), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), requests an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of the Motion, Defendant states as follows:

1. Plaintiff filed her Complaint on May 6, 2008. Defendant was served on May 9, 2008.

2. Defendant respectfully requests additional time, until Monday, June 30, 2008, to respond to the Complaint.

3. Plaintiff has stipulated to the relief sought by this Motion. (*See* Exhibit A, correspondence confirming extension of time to respond.)

4. This motion is not made for purposes of delay, nor will an extension of time prejudice Plaintiff.

WHEREFORE, for the reasons stated above, Defendant Avent America, Inc. respectfully requests that this Court allow them up to and including June 30, 2008 to answer

or otherwise plead to the Complaint, and for any other relief this Court deems just and equitable.

Dated:  June 4, 2008                                                         Respectfully submitted,

  /s/ Kristen E. Hudson
One of the Attorneys for Defendant
Avent America, Inc.

Paula E. Litt – ARDC #6187696
Kristen E. Hudson – ARDC #6281191
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on June 4, 2008, I electronically filed the foregoing **Agreed Motion for an Extension of Time to Answer or Otherwise Plead** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Norman Rifkin
Leigh R. Lasky
Amelia S. Newton
LASKY & RIFKIN
350 North LaSalle Street, Suite 1320
Chicago, IL  60610
Telephone: 312.634.0057

Scott E. Poynter
Christopher D. Jennings
Gina M. Cothern
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue, Ste. 305
Little Rock, AR  72201
Telephone: 501.907.2555
Facsimile: 501.907.2556

John G. Emerson
830 Apollo Lane
Houston, TX  77058
Telephone: 281.488.8854
Facsimile: 281.488.8867

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY  10036
Telephone: 212.447.7070
Facsimile: 212.447.7077

/s/ Kristen E. Hudson

# EXHIBIT A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 13, 2008

*Via E-mail*

Scott E. Poynter, Esq.,
   Emerson Poynter LLP,
      500 President Clinton Ave., Suite 305,
      Little Rock, Arkansas 72201.

         Re:   *Banse* v. *Avent America, Inc.*,
              <u>N.D. Ill. Case No. 08-CV-2604 TG</u>

Dear Scott:

        This letter shall confirm your agreement to extend Avent America, Inc.'s time to respond to the Complaint until June 30, 2008. I appreciate your professional courtesy. I understand that under the Local Rules of the Northern District of Illinois, a joint motion for an extension of time is required. We are in the process of engaging local counsel and will prepare that motion and forward to you under a separate cover.

        Also, as we discussed, in light of the multiple federal class actions filed against Avent and other manufacturing defendants in various federal courts around the country, we expect that this case will likely be consolidated into a single proceeding by the Judicial Panel on Multidistrict litigation. As part of that process, we may need to reach agreement on further extensions on Avent's time to respond so as to avoid unnecessary law and motion practice before that issue is resolved. You were going to let me know whether you would be amenable to a stay while the MDL issue is sorted out.

        As you requested, attached please find a schedule identifying the other federal class actions involving baby bottles filed to date.

Scott E. Poynter, Esq. -2-

   Should you have any questions, please contact me directly at (310) 712-6670.

                         Very truly yours,

                         Michael H. Steinberg

(Attachment)

| Title | Court | Date of Filing |
|---|---|---|
| *Lanza* v. *Avent America, Inc.*, CV08-02960 ABC (RZx) | C.D. Cal. | 5/6/08 |
| *Matusek* v. *Gerber Prods. Co.*, CV08-2692 FMC (PLAx) | C.D. Cal. | 5/6/08 |
| *Coyne* v. *Playtex Prods., Inc.*, CV08-02904 SJO (SGRx) | C.D. Cal. | 5/2/08* |
| *O'Neill* v. *Evenflo Company, Inc.*, CV08-02963 DDP (JCx) | C.D. Cal. | 5/6/08 |
| *Rasmussen* v. *Handi-Craft Co.*, CV08-02961 AHM (FMOx) | C.D. Cal. | 5/6/08 |
| *Hatter* v. *New Wave Enviro Prods.*, 08-3154-CV-S-JCE | W.D. Mo. | 4/30/08 |
| *Sullivan* v. *Avent America. Inc.*, 08-309-CV-W-RED | W.D. Mo. | 4/30/08 |
| *Wilson* v. *Avent America, Inc.*, 08-CV-2201 KHV/DJW | D. Kan. | 5/10/08 |
| *Raggio* v. *Gerber Prods. Co.*, 4-08-CV-0403 JLH | W.D. Ark. | 5/07/08 |
| *Banse* v. *Avent America, Inc.*, 08-CV-2604 TG | N.D. Ill. | 5/6/08 |
| *Jaynes* v. *Avent America, Inc.*, 08-CV-00693-MJP | W.D. Wash. | 5/02/08 |
| *Gale* v. *RC2*, 08-CV-00702-JCC | W.D. Wash. | 5/05/08 |

---

* Voluntarily dismissed without prejudice on May 13, 2008.