IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH BANSE, on behalf of herself and all other similarly situated persons,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AVENT AMERICA, INC., on behalf of itself and on behalf of a Defendant Class of producers, manufacturers, and/or distributors of polycarbonate plastic bottle products containing the industrial chemical Bisphenol-A.<br><br>　　　　　　Defendants. | Case No. 08-2604<br><br>Judge David H. Coar<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To:　　See attached Certificate of Service

　　　　PLEASE TAKE NOTICE THAT on Monday, June 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge David H. Coar, or any judge who may be sitting in his stead, in Room 1419 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the **Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead**, a copy of which is hereby served upon you.

Dated:  June 4, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Kristen E. Hudson
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Avent America, Inc.

Paula E. Litt – ARDC #6187696
Kristen E. Hudson – ARDC #6281191
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701-9300

182018_1.DOC

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on June 4, 2008, I electronically filed the foregoing **Notice of Motion** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Norman Rifkin
Leigh R. Lasky
Amelia S. Newton
LASKY & RIFKIN
350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312.634.0057

Scott E. Poynter
Christopher D. Jennings
Gina M. Cothern
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue, Ste. 305
Little Rock, AR 72201
Telephone: 501.907.2555
Facsimile: 501.907.2556

John G. Emerson
830 Apollo Lane
Houston, TX 77058
Telephone: 281.488.8854
Facsimile: 281.488.8867

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212.447.7070
Facsimile: 212.447.7077

/s/ Kristen E. Hudson