UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elizabeth Banse
                    Plaintiff,

v.                                              Case No.: 1:08−cv−02604
                                                Honorable David H. Coar

Avent America, Inc.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

    MINUTE entry before the Honorable David H. Coar:Agreed MOTION by Defendant Avent America, Inc. for extension of time [13] is granted. Defendant to answer or plead on or before 6/30/2008. Parties need not appear on the noticed motion date of 6/9/2008.Mialed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.