IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH BANSE, on behalf of herself and all other similarly situated persons, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 08-2604 |
| AVENT AMERICA, INC., on behalf of itself and on behalf of a Defendant Class of producers, manufacturers, and/or distributors of polycarbonate plastic bottle products containing the industrial chemical Bisphenol-A. ) ) ) ) ) ) ) | Judge David H. Coar  Magistrate Judge Denlow |
| Defendants. ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD PENDING DECISION ON PLAINTIFF'S MOTION BEFORE THE MDL PANEL**

Defendant Avent America, Inc. ("Avent"), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), requests an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of the Motion, Defendant states as follows:

1. On May 6, 2008, Plaintiff filed her Complaint. Avent was served on May 9, 2008.

2. On or about May 16, 2008, Plaintiff filed a motion with the Panel on Multidistrict Litigation ("MDL Panel") to transfer and consolidate this action pursuant to 28 U.S.C. § 1407 with the then thirteen substantially similar putative class actions pending in various United States district courts. Since Plaintiff filed her motion, seven "tag-along" actions have been filed, each of which will likely be consolidated into the single MDL proceeding.

3.      In briefing before the MDL Panel, the parties have suggested four potential transferee jurisdictions, including the Northern District of Illinois, the Western District of Missouri, the District of Kansas, and the Central District of California.

4.      Avent therefore requests an extension of time to answer or otherwise plead until the MDL Panel rules on the motion to transfer and consolidate.

5.      Counsel for Plaintiff has informed Defendant's counsel that Plaintiff has no objection to this Motion, so long as it does not constitute a waiver of Plaintiff's right to seek leave of Court to conduct pre-answer discovery.

6.      An extension of time is in the interest of judicial economy because it will allow Defendant to answer one consolidated complaint, instead of multiple complaints. The motion is not made for purposes of delay, nor will an extension of time prejudice Plaintiff.

WHEREFORE, for the reasons stated above, Defendant Avent America, Inc. respectfully requests that this Court allow it an extension of time to answer or otherwise plead to the Complaint until the MDL Panel has ruled on the motions to transfer and consolidate, and for any other relief this Court deems just and equitable.

Dated: June 20, 2008                                Respectfully submitted,


                                                    /s/ Kristen E. Hudson
                                                    One of the Attorneys for Defendant
                                                    Avent America, Inc.

Paula E. Litt – ARDC #6187696
Kristen E. Hudson – ARDC #6281191
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tele: 312.701.9300

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on June 20, 2008, I electronically filed the foregoing **Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Plaintiff's Motion Before the MDL Panel** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Norman Rifkin
Leigh R. Lasky
Amelia S. Newton
LASKY & RIFKIN
350 North LaSalle Street, Suite 1320
Chicago, IL  60610
Telephone: 312.634.0057

Scott E. Poynter
Christopher D. Jennings
Gina M. Cothern
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue, Ste. 305
Little Rock, AR  72201
Telephone: 501.907.2555
Facsimile: 501.907.2556

John G. Emerson
830 Apollo Lane
Houston, TX  77058
Telephone: 281.488.8854
Facsimile: 281.488.8867

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY  10036
Telephone: 212.447.7070
Facsimile: 212.447.7077

/s/ Kristen E. Hudson