UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elizabeth Banse
                         Plaintiff,

v.                                         Case No.: 1:08−cv−02604
                                                    Honorable David H. Coar

Avent America, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable David H. Coar: Defendant Avent America, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Plead Pending Decision on Plaintiff's Motion Before the MDL Panel [16] is granted to the extent that that Court will extend time up to and including 9/2/2008. Parties need not appear on 6/26/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.