

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**                                                        **OFFICE OF THE CLERK**
**CLERK**                                                                           **(312) 435-5691**

August 22, 2008

Missouri Western District Court

1510 Charles Evans Whittaker

United States Courthouse

400 East Ninth Street

Kansas City, MO 64106

Re: Banse v. Avent America, Inc.

Case: 08-CV-2604

Dear Clerk:

Enclosed is the electronic record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 8/13/08.

■     was electronically transmitted to USDC , Missouri, Western Division

Please acknowledge receipt on the enclosed copy of this letter.

                                                       Sincerely yours,

                                                       Michael W. Dobbins, Clerk

                                                       By:    /s/Carmen Acevedo

Enclosures

New Case No. _____      Date _____